IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TERESA K. WAGNER,

       Plaintiff,

     v.                                                    CIVIL ACTION NO. 2:04cv70
                                                                (Maxwell)

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

## ORDER

On April 4, 2005, the Court referred this Social Security action to United States Magistrate Judge James E. Seibert, pursuant to 28 U.S.C. § 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure and Local Rule 7.02(c), with directions to consider the same and to submit to the Court proposed findings of fact and a recommendation for disposition. On January 9, 2006, Magistrate Judge Seibert filed his Report and Recommendation wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. Plaintiff filed her objection to the Magistrate Judge's Report and Recommendation on January 9, 2006.

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised in the cross motions for summary judgment were thoroughly considered by Magistrate Judge Kaull in his Report and Recommendation. The Court, upon an independent de novo consideration of all matters now before it, is of the opinion that the proposed Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action. Moreover, the Plaintiff's objection has not

raised any issues that were not thoroughly considered by the Magistrate Judge in his Report and Recommendation.  Therefore, it is

**ORDERED** that Magistrate Judge Seibert's Report and Recommendation be, and the same hereby is, accepted and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly, it is

**ORDERED** that the Defendant's Motion for Summary Judgment be, and the same hereby is, **DENIED**.  It is further

**ORDERED** that the Plaintiff's Motion for Summary Judgment be, and the same hereby is, **GRANTED IN PART**.  It is further

**ORDERED** that this matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. §405(g) for further action in accordance with the Report and Recommendation.  In accordance with Shalala v. Schaefer, 113 S.Ct. 2625 (1993), it is further

**ORDERED** that the Clerk of Court shall enter judgment remanding the case to the Defendant for further proceedings.

Counsel for the Plaintiff is advised that an application for attorney's fees under the Equal Access to Justice Act (EAJA), if one is to be submitted, must be filed within 90 days from the date of the judgment order.

The Clerk of Court is directed to enter a separate judgment order and to send a copy of this Order to all counsel of record.

**ENTER**: February  13th , 2006

                                                 **/s/ Robert E. Maxwell**
                                                   United States District Judge